FILED IN OPEN COURT
ON 8/20/19 SWT
Peter A. Moore, Jr., Clerk
US District Court
Eastern District of NC

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
NO. 2:18-CR-00011-FL

UNITED STATES OF AMERICA

v.                                               ORDER

BRANDON SCOTT HAWKS

This matter comes now before this court on motion of the United States to order the disposition of a firearm associated with the above captioned case.

For good cause shown, the court hereby GRANTS the government's motion, and orders the North Carolina State Bureau of Investigation to dispose of a Lorcin .38 Auto, bearing serial number 316059, and any and all related ammunition, by destruction, incapacitation, or other means in accordance with its regulations.

This the 20 day of August, 2019.

LOUISE WOOD FLANAGAN
United States District Judge