UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Brandon Scott Hawks**                                              **Docket No. 2:18-CR-11-1FL**

**Petition for Action on Supervised Release**

COMES NOW Orlando M. Roberts, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Brandon Scott Hawks, who, upon an earlier plea of guilty to two counts of Possession of a Stolen Firearm, in violation of 18 U.S.C. § 922(j) and 18 U.S.C. § 924(a)(2), was sentenced by the Honorable Louise W. Flanagan, U.S. District Judge, on August 20, 2019, to the custody of the Bureau of Prisons for a term of 48 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 3 years.

Brandon Scott Hawks was released from custody on April 16, 2021, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On August 17, 2023, the defendant was charged in Bertie County, North Carolina with two counts of Misdemeanor Death by Motor Vehicle, Drive Left of Center, and Failure to Secure Passenger Under 16 (23CR388246-70). The defendant posted a $500 unsecured bond, and these charges remain pending.

On July 9, 2023, the defendant was transporting his two children, ages 11 and 13, back to their mother's residence when a vehicle reportedly stopped abruptly in front of him. The defendant veered into the center lane and collided with another vehicle. The defendant's children died, and the defendant sustained extensive injuries. On July 10, 2023, the undersigned officer went to ECU Health in Greenville, North Carolina, and met with family members and Hawks, who was heavily sedated. The defendant has had numerous surgeries and was visited at the hospital by the probation officer on August 24, 2023. The defendant requested and needs mental health counseling. Currently, we are requesting to continue supervision to assure that the defendant receives both mental and physical health treatment. Contacts with the defendant will be increased. Should a conviction occur, the court will be promptly notified, and a recommendation will be submitted. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate in a program of mental health treatment, as directed by the probation office.

Except as herein modified, the judgment shall remain in full force and effect.

**Brandon Scott Hawks**
**Docket No. 2:18-CR-11-1FL**
**Petition For Action**
**Page 2**

Reviewed and approved,

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Dewayne L. Smith
Dewayne L. Smith
Supervising U.S. Probation Officer

/s/ Orlando M. Roberts
Orlando M. Roberts
U.S. Probation Officer
150 Reade Circle
Greenville, NC 27858-1137
Phone: 252-830-2337
Executed On: August 24, 2023

### ORDER OF THE COURT

Considered and ordered this 25th day of August, 2023, and ordered filed and made a part of the records in the above case.

_____
Louise W. Flanagan
U.S. District Judge